ACCEPTED
01-15-00522-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 4:00:38 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00522-CV

| | | |
|---|---|---|
| ALEKSANDER BORISOV, | § | IN THE FIRST |
| Appellant | § | |
| | § | |
| v. | § | |
| | § | COURT OF APPEALS |
| KERRY LEA KEELS | § | |
| CHIEF CLERK, | § | |
| HARRIS COUNTY JUSTICE COURT | § | |
| PRECINCT 5, PLACE 1 | § | |
| Appellee | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 4:00:38 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLEE'S OPPOSED MOTION TO DISMISS FOR LACK OF JURISDICTION

Appellee asks the Court to either dismiss this appeal or affirm the trial court's judgment.

### A. INTRODUCTION

1. Appellant is Aleksander Borisov; appellee is Kerry Lea Keels, Chief Clerk of Harris County Justice Court, Precinct 5, Place 1.

2. The County Civil Court at Law No. 4 of Harris County, Texas, signed the final judgment in the underlying case, Aleksander Borisov v Kerry Lea Keels, cause number 1041858, on May 5, 2015, in favor of appellee and against appellant.

1

## B. ARGUMENTS AND AUTHORITIES

3. The Court has the authority under Texas Rule of Appellate Procedure 42.3(a) to dismiss an appeal for lack of jurisdiction.

4. The Court should dismiss this appeal because appellant filed the notice of appeal after the deadline. *See Eddins v. Borders,* 71 S.W.3d 368, 371 (Tex. App.—Tyler 2001, pet. Denied). It is now too late for appellant to ask for an extension under Texas Rule of Appellate Procedure 26.3. *See* Tex. R. App. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

5. The notice of appeal was due on June 4, 2015. The deadline to file a motion to extend the time to file the notice of appeal was June 19, 2015.

6. Appellant filed his notice of appeal on June 5, 2015, one day after the deadline to file it. Appellant did not file a motion to extend the time to file the notice of appeal. Appellant also did not give any reason for filing the notice of appeal late.

## C. CONCLUSION

7. The appellant did not file the notice of appeal within the statutory deadline, did not file a motion to extend the time to file the notice of appeal, and did not give any reason for filing a late notice of appeal. The appellant's failures have deprived the Court of jurisdiction and the Court should dismiss the appeal.

## D. PRAYER

8. For these reasons, appellee asks the Court to grant this motion and dismiss this appeal, or in the alternative, to affirm the trial court's judgment.

Respectfully submitted,

VINCE RYAN
HARRIS COUNTY ATTORNEY


*/S/ Patrick E. Nagorski*

PATRICK E. NAGORSKI
Assistant County Attorney
State Bar No. 24074787
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 755-5221
Facsimile: (713) 755-8924
patrick.nagorski@cao.hctx.net

ATTORNEY FOR APPELLEE
KERRY LEA KEELS